IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*Jack Van Winkle v. Chevron U.S.A., Inc.*, Case No. 2:18-cv-00372-JCH-KRS

**JULY 24, 2018**

| | |
|---|---|
| **Attorney for Plaintiff:** | Josh Borsellino |
| **Attorneys for Defendant:** | Carter Crow |
| | Kimberley Cheeseman |
| | John Ziegler |
| **Proceedings**: | Telephonic Rule 16 |
| *Start Time*: | 10:00 a.m. |
| *Stop Time*: | 10:03 a.m. |
| **Total time:** | 3 minutes |
| Clerk: | CBF |

**NOTES**

- The Court calls the case and asks for entries of appearances. Mr. Borsellino enters on behalf of Plaintiff and Carter Crow, Kimberley Cheeseman, and John Ziegler represent Defendant.

- The Court confirms the parties would like it to enter the dates proposed in the JSR as the deadlines for their case and limitations on discovery. The Court notes that the case will have two discovery management phases, the first for class and collective action certification and, if applicable, a second directed at the merits of the case.

- The parties respond in the affirmative.

- The Court notes the parties have not set numeric limits on requests for production, requests for admissions, interrogatories, and depositions. After hearing from the parties,

the Court observes it will not limit such discovery with the caveat that the parties may seek relief from the Court if the amount becomes unreasonable.

- The Court asks if the parties are prepared to set a settlement conference. After hearing from the parties, the Court resolves to monitor the case and set a status conference later after the case progresses to determine if and when to schedule alternative dispute resolution.

- There being nothing further, the Court adjourns.