# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JACK VAN WINKLE, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiff, <br><br> vs. <br><br><br> CHEVRON U.S.A., INC.; <br> Defendant. | § § § § § § § § § § § | COLLECTIVE ACTION COMPLAINT <br><br><br><br> CIVIL ACTION NO. 2:18-cv-372 |

## ORDER GRANTING AGREED MOTION TO SEAL SETTLEMENT AGREEMENT AND ACCOMPANYING DOCUMENTS

Before the Court is the Agreed Motion to File Under Seal the Settlement Agreement and Accompanying Documents. The Parties in this Fair Labor Standards Act collective action have settled their claims. The Court, having reviewed the Motion, being fully advised of the premises, and noting that it is unopposed, finds that the Motion is well-taken and with merit, and should be GRANTED. Accordingly, it is.

IT IS HEREBY ORDERED that the Joint Motion to Approve Settlement Agreement, attached as Exhibit A to the Motion to Seal, as well as the settlement agreement which is attached as Exhibit A-1 to the Motion to Seal, shall remain under seal until ordered otherwise by the Court.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE