UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JACK VAN WINKLE, individually and
On behalf of all others similarly situated,**
 **Plaintiff,**

vs.
              NO. 2:18-CV-00372-JCH-KRS

**CHEVRON U.S.A., INC.,**
 **Defendant.**

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Came on this date the parties' Joint Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and, finding that it has merit, should be GRANTED.

Accordingly, it is.

IT IS HEREBY ORDERED that the case be dismissed with prejudice.

IT IS SO ORDERED.

SIGNED this 24th day of May, 2019.

                 _____
                 **UNITED STATES DISTRICT JUDGE**